ARTHUR H. FEIGENSON, *ET AL.*, PLAINTIFFS-PETITION-
ERS, v. CHARLES S. FEIGENSON, *ET AL.*, DEFENDANTS-
RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Isadore Glauberman* and *Mr. Sheldon A. Weiss* for the
petitioners.

*Messrs. McCarter & English, Mr. Merritt Lane, Jr.* and
*Mr. Michael D. Loprete* for the respondents.

April 27, 1964.   Denied.

DAVID COOPER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE
MAPLEWOOD CLUB, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Schapira, Steiner & Schapira* and *Mr. Joel Sondak*
for the petitioners.

*Messrs. Van Riper & Belmont* and *Mr. Charles E. Villa-
neuva* for the respondents.

April 27, 1964.   Granted.